UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMODITIES & MINERALS ENTERPRISE LTD.,

                      Plaintiff,

-against-

GRETCHEN SHIPPING INC.,

                      Defendant.

**ECF CASE**

13 Civ. 6548 (PKC)

**ORDER TO SHOW CAUSE WHY PLAINTIFF'S MARITIME ATTACHMENT SHOULD NOT BE VACATED**

Upon the annexed Memorandum of Law, Affirmation of Jon Werner dated September 19, 2013, the Exhibits thereto, and upon all other papers and prior proceedings had herein, it is hereby

ORDERED, that, pursuant to Rule E(4)(f) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, plaintiff COMMODITIES & MINERALS ENTERPRISE LTD. ("CME") show cause on September 27, 2013, at 2:30 PM o'clock, or as soon thereafter as counsel can be heard, before the Honorable P. Kevin Castel, in Courtroom 12C of the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, why this Court should not enter an Order granting defendant GRETCHEN SHIPPING INC.'s motion to vacate the Ex Parte Order For Process of Maritime Attachment and Garnishment ("Attachment Order") issued to plaintiff CME on September 17, 2013, and any garnishments served thereunder, and it is further

ORDERED, that service upon plaintiff of a copy of this Order and of the papers upon which it is based, be made by faxing or e-mailing a copy to (212) 385-9010 or michael.frevola@hklaw.com, being the fax number and e-mail address respectively for Michael J. Frevola, Esq., Holland & Knight LLP, attorneys for plaintiff; and it is further

ORDERED, that plaintiff's answering papers, if any, shall be filed with the Court, with a courtesy copy for Chambers, and served upon defendant so as to be received on or before 2pm o'clock on September 25, 2013, by faxing or e-mailing a copy to (212) 594-4589 or jwerner@lyons-flood.com, being the fax number and e-mail address respectively for Jon Werner, Esq., Lyons & Flood LLP, attorneys for defendant; and it is further

ORDERED, that defendant's reply papers in response to plaintiff's answering papers shall be filed with the Court, with a courtesy copy for Chambers and served upon plaintiff so as to be received on or before 5pm o'clock on September 26, 2013, by faxing or e-mailing a copy to (212) 385-9010 or michael.frevola@hklaw.com, being the fax number and e-mail address respectively for Michael J. Frevola, Esq., Holland & Knight LLP, attorneys for plaintiff.

Dated: September 19, 2013

SO ORDERED:

_____
U.S.D.J.

U:\kmhldocs\2600053\Motions\OTSC.doc