```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-27-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
COMMODITIES & MINERALS ENTERPRISE LTD.,
               Plaintiff,

13 Civ. 6548 (PKC)

-against-

ORDER

GRETCHEN SHIPPING, INC.,

               Defendants.
------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

       For reasons stated on the transcript of September 27, 2013, the order authorizing maritime attachment and garnishment (Dkt No. 2) is VACATED.

       SO ORDERED.

*[signature]*

P. Kevin Castel
United States District Judge

Dated: New York, New York
       September 27, 2013