```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

COMMODITIES & MINERAL

       Plaintiff(s),      13 Civ. 6548 (PKC)

 - against -        ORDER FOLLOWING
              PRETRIAL CONFERENCE

GRETCHEN

       Defendant(s).

------------------------------------------------------------x

As result of a pretrial conference held before the Court today, the following is ORDERED:

1. By JAN 17, 2014, plaintiff shall move to compel arbitration. The Vasquez defendants shall file their opposing papers by February 14, 2014. Reply papers by March 5, 2014

2. By _____, 201_, _____ shall _____
It is hereby stipulated by the parties that in the event the motion to compel arbitration is denied, the plaintiff will dismiss all claims against the Vasquez defendants without prejudice.

3. By _____, 201_, _____ shall _____

4.

5. Any scheduled conference is vacated.

6. The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
1-6-14