UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
COMMODITIES & MINERALS ENTERPRISE
LTD.,

                              Plaintiff,

          -against-

GRETCHEN SHIPPING INC., KYMA SHIP
MANAGEMENT INC., PARIS KATSOUFIS,
LAMBROS KATSOUFIS, V&H VENTURES,
LTD., GERARDO A. VAZQUEZ, P.D. d/b/a
VAZQUEZ & ASSOCIATES, GERARDO A.
VAZQUEZ, VIPSEN CORP., and STEPHEN
HARRINGTON,

                              Defendants.
-------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09-15-2014
```

13 Civ. 6548 (PKC)

ORDER

CASTEL, U.S.D.J.

          Plaintiff Commodities & Minerals Enterprise Ltd. ("CME") asserts that Stephen

Harrington and Vipsen Corp. ("Vipsen") have failed to responded to an amended complaint

served on November 5, 2013.  Upon a proper showing, CME may obtain a Clerk's Certificate of

Default and pursue a motion for a default judgment.

          With regard to the failure by Stephen Harrington to produce documents pursuant

to the request of June 19, 2014 and the notice of deposition of July 10, 2014, let Stephen

Harrington show cause in writing by September 19, 2014 why he should not be ordered to

produce all non-privileged documents responsive to the June 19 request by September 22 and

appear for his deposition on October 3, 2014.

          CME's counsel is directed to serve this Order on Harrington and Vispen by 6 p.m.

on September 16, 2014.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
      September 15, 2014